IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN GERUNDO

v.                                                          C.A. NO. 14-5171

AT&T, INC., et al.

**ORDER**

AND NOW, this 22ND day of December, 2015, upon consideration of the defendants' motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 36] is DENIED.

BY THE COURT:

JEFFREY L. SCHMEHL, J.