IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GERUNDO | : CIVIL ACTION |
| | : |
| v. | : NO. 14-5171 |
| | : |
| AT&T SERVICES, INC. | : |

## O R D E R

**AND NOW,** this 20th day of December, 2016, upon consideration of defendant's motion to alter or amend judgment and all responses and replies thereto, **IT IS HEREBY ORDERED** that the motion [Doc. 99] is **DENIED.**

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**