IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GERUNDO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-5171 |
| | : | |
| AT&T SERVICES, INC. | : | |

# **O R D E R**

**AND NOW,** this 20th day of December, 2016, upon consideration of plaintiff's motion for an award of prejudgment interest on the back pay award and all responses and replies thereto, **IT IS HEREBY ORDERED** that the motion [Doc. 105] is **GRANTED**.

**IT IS FURTHER ORDERED** that the judgment is **AMENDED** to include the additional sum of $854.49 as prejudgment interest on the back pay award.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.