IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GERUNDO | : CIVIL ACTION |
| | : |
| v. | : NO. 14-5171 |
| | : |
| AT&T SERVICES, INC. | : |

## O R D E R

  **AND NOW,** this 28th day of December, 2016, upon consideration of plaintiff's renewed motion for judgment as a matter of law and all responses and replies thereto, **IT IS HEREBY ORDERED** that the motion [Doc. 104] is **DENIED**.

               BY THE COURT:

               <u>/s/ Jeffrey L. Schmehl</u>
               **JEFFREY L. SCHMEHL, J.**